AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hughes, Lynn N. | Southern District of Texas | 08/05/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge | ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2010 to 12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Suite 11122 515 Rusk Avenue Houston, Texas 77002-2605 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Independent Executor | Estate Four (relative, no interest, no compensation) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Hughes, Lynn N.

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N. | 08/05/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Assoc of Petroleum Geologists | 04/01-14 | New Orleans | Lecture | Note Four |
| 2. | AAPG | 09/15-16 | Midland, Texas | Lecture | |
| 3. | AAPG | 06/06-08 | Calgary, Alberta | Lecture | |
| 4. | AAPG | 04/29-05/02 | Tucson, Arizona | Lecture | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N. | 08/05/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N. | 08/05/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ** Land ******* | | ******* | | | ******* | | | | ******* |
| 2. Tract One, grazing, Colorado County, Texas | C | Rent | M | R | Devise | | | | 1991 |
| 3. Tract Two, rice, Colorado & Wharton Counties, Texas | E | Rent | N | R | Devise | | | | 1991 |
| 4. | | | | | | | | | . |
| 5. ** IRAs ******* | | ******* | | | ******* | | | | ******* |
| 6. FundSource-1 | A | Distribution | L | T | | | | | |
| 7. FundSource-2 | A | Distribution | K | T | | | | | |
| 8. | | | | | | | | | |
| 9. ** Equities ***** | | ******* | | | ******** | | | | ******* |
| 10. Sun Micro | | None | | | Sold | 01/28 | J | | |
| 11. Prosperity Bancshares | A | Dividend | L | T | | | | | |
| 12. Chevron | C | Dividend | M | T | | | | | |
| 13. Wells Fargo & Co | E | Dividend | O | T | | | | | |
| 14. Wells Fargo & Co-2 | C | Dividend | M | T | | | | | |
| 15. | | | | | | | | | |
| 16. ** Estate ****** | | ******* | | | ******** | | | | ******* |
| 17. UBS Cashfund | A | Interest | J | T | | | | | Note One |

1. Income Gain Codes:        A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes            J =$15,000 or less        K =$15,001 - $50,000        L =$50,001 - $100,000        M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
                           P3 =$25,000,001 - $50,000,000                          P4 =More than $50,000,000
3. Value Method Codes        Q =Appraisal              R =Cost (Real Estate Only)    S =Assessment        T =Cash Market
   (See Column C2)          U =Book Value            V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N. | 08/05/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Putnam Global Equity | A | Distribution | J | T | | | | | |
| 19. Templeton Growth | A | Distribution | L | T | | | | | |
| 20. | | | | | | | | | |
| 21. ** Mutual Funds One ******* | | ******* | | | ******** | | | | *** Note One *** |
| 22. AIM International Growth | D | Distribution | N | T | | | | | |
| 23. AIM International Fund-Asia | D | Distribution | N | T | | | | | |
| 24. Belmar Capital Fund LLC | D | Distribution | O | T | | | | | |
| 25. Jennison Equity Opportunity | A | Distribution | O | T | Buy | 2/13 | M | | |
| 26. AIM Basic Value | C | Distribution | O | T | | | | | |
| 27. Jennison Mid Cap Growth | A | Distribution | N | T | | | | | |
| 28. Pioneer | A | Distribution | M | T | | | | | |
| 29. Legg Mason Aggressive Growth | A | Distribution | O | T | Sold | 10/9 | N | | |
| 30. AIM Developing Markets | D | Distribution | N | T | | | | | |
| 31. | | | | | | | | | |
| 32. ** Minerals ******** | | | | | *********** | | | | ***************** |
| 33. MI-10 | A | Royalty | J | W | | | | | Prod Gather SJ Basin |
| 34. MI-16 y | | | | | | | | | Blue Door |

1. Income Gain Codes:  A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
   (See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N. | 08/05/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. MI-19 | A | Royalty | J | W | | | | | McLane |
| 36. MI-21 | B | Royalty | K | W | | | | | Sun Oil |
| 37. MI-22 | A | Royalty | J | W | | | | | Devon Energy |
| 38. MI-33 y | | | | | | | | | Dudley Land Co. |
| 39. MI-35 y | | | | | | | | | Everest-Brown Shut |
| 40. MI-36 y | | | | | | | | | Flint Hills |
| 41. MI-37 | A | Royalty | J | W | | | | | ConocoPhillips |
| 42. MI-38 E-1 | A | Royalty | J | W | | | | | SW Operating |
| 43. MI-39 | A | Royalty | K | W | | | | | Everest-Hilje Land |
| 44. MI-40 y | | | | | | | | | |
| 45. MI-41 Andrews County, Texas x | G | Royalty | L | W | | | | | Encore Vanguard, Note 6 |
| 46. MI-42 San Juan County, New Mexico x | E | Royalty | J | W | | | | | XTO Note 7 |
| 47. MI-43 San Juan x | B | Royalty | J | W | | | | | BP Note 7 |
| 48. MI-44 San Juan x | D | Royalty | J | W | | | | | New Mexico, Note 7 |
| 49. | | | | | | | | | |
| 50. *** Money Market Funds *** | | ********* | | | ******** | | | | ******** |
| 51. Wells Fargo Advisors | D | Interest | L | T | | | | | Note One |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D1)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N. | 08/05/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | | | | | |
| 53.  ** Bank Accounts ******* | | ******* | | | ********* | | | | *** Note One *** |
| 54.  JPMorgan-Chase | | | K | T | | | | | No Interest |
| 55.  Compass Bank - T | A | Interest | K | T | | | | | Trust Account |
| 56.  Compass Bank - G | | | | | Merged (with line 57) | 2009 | | | |
| 57.  Wells Fargo Bank-1 | A | Interest | K | T | | | | | Replaced one Compass |
| 58.  Wells Fargo Bank-2 | A | Interest | N | T | | | | | |
| 59. | | | | | | | | | |
| 60.  ** Mutual Funds Two ****** | | ********* | | | ******** | | | | *** Note One *** |
| 61.  Delaware US Growth | | None | N | T | | | | | |
| 62.  Delaware International Equity | C | Distribution | M | T | | | | | |
| 63.  Delaware Trend | A | Distribution | M | T | Buy (add'l) | 2/13 | M | | |
| 64.  Van Kampen Emerging Markets | | None | L | T | | | | | |
| 65.  Delaware Small Cap Value | A | Distribution | M | T | | | | | |
| 66.  Jennison Equity Opportunity | D | Distribution | M | T | Buy (add'l) | 2/13 | M | | |
| 67.  Delaware Diverse Value | D | Distribution | N | T | | | | | |
| 68.  Delaware Golbal Value | B | Distribution | L | T | Buy | 1/29 | M | | |

1. Income Gain Codes:          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)      F =$50,001 - $100,000      G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes                 J =$15,000 or less         K =$15,001 - $50,000        L =$50,001 - $100,000          M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000     O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
                                P3 =$25,000,001 - $50,000,000                          P4 =More than $50,000,000
3. Value Method Codes          Q =Appraisal               R =Cost (Real Estate Only)  S =Assessment                  T =Cash Market
   (See Column C2)              U =Book Value              V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N. | 08/05/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Dryden Global Real Estate | A | Distribution | L | T | Buy | 2/13 | M | | |
| 70. | | | | | | | | | |
| 71. ** Goverment Bonds ******* | | ******* | | | ******** | | | | ******* |
| 72. Houston Utility | A | Interest | K | T | Buy | 10/9 | K | | |
| 73. Lower Colorado River | A | Interest | L | T | Buy | 10/9 | L | | |
| 74. Harris County Health | A | Interest | L | T | Buy | 2/29 | L | | |
| 75. Roma ISD | A | Interest | J | T | Buy | 12/22 | J | | |
| 76. Arizona Student Housing | C | Interest | L | T | | | | | |
| 77. Bell County, Texas | | | | | Redemption | 2007 | | | |
| 78. Cinco, Texas Mun Util Dist | C | Interest | | | Redeemed | 5/21 | K | A | |
| 79. Illinois Health - 2 | | | | | Redemption | 2007 | | | |
| 80. Waller, Texas, ISD | A | Interest | | | Redeemed | 2/15 | K | | |
| 81. Maine 2000 | A | Interest | | | Redeemed | 5/13 | L | | |
| 82. Carrolton, Texas | B | Interest | K | T | | | | | |
| 83. New Braunfels - 2 | B | Interest | K | T | | | | | |
| 84. ***** End ***** | | | | | | | | | *************** |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Hughes, Lynn N. | 08/05/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note One:  Cash balances in brokerage and bank accounts are swept into money-markets funds or minuicipal money-market funds.

Note Two:  Capital gains in mutual funds are automatically reinvested.

Note Three: [removed]

Note Four:   The American Association of Petroleum Geologists has used me to lecture on ethics. No fee or honorium. It reimburses me for room and travel.

Note Five: [removed]

Note Six: This represents royalties from a closed estate on a single tract that had accumulated for 20 years at the Comptroller of Public Accounts.  We recently discovered it and cleared the title.

Note Seven: In parallel with note six, this represents 20 years of accumulated royalities that we recently discovered and cleared the title. These tracts are producing currently.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ Lynn N. Hughes

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544